## BLEVINS, ETC. *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[P. C. No. 110, September Term, 1959.]

*Decided July 5, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-
COTT and HORNEY, JJ.

PER CURIAM.

The Warden's motion to dismiss this application for leave
to appeal from a denial of relief under the Post Conviction
Procedure Act must be granted. The application was denied
by the Criminal Court of Baltimore on December 29, 1959,
and an application for leave to appeal would have had to have
been filed within thirty days or by January 28, 1960, under
Code (1959 Supp.), Art. 27, Sec. 645I. The applicant's re-
quest for appeal, which appears to be in his handwriting, was
dated January 30, 1960, and was not received by the Clerk
of the Criminal Court until February 4, 1960.

If the application for appeal could be considered, it would
be of no avail to the applicant. Judge Sodaro correctly found
that his complaints of illegal search, denial of a jury trial, de-
nial of postponement of trial, receiving a more severe sentence
than his co-defendants, and perjury of witnesses against him
were directed to the regularity of the trial and not to the
jurisdiction of the court, and that "[t]he alleged errors are
of matters which were incident to the trial, and for which
remedies were available before and during the original trial,
or by review on motion for a new trial, or on appeal to the
Court of Appeals, and have no merit under the Post Convic-
tion Procedure Act."

Applicant's contention that he was denied a copy of the

transcript of the testimony at his original trial was rejected on his petition for *habeas corpus* by Judge Shure in the Circuit Court for Montgomery County on August 6, 1959, and, as Judge Sodaro held, was not a ground available to him in the post conviction proceedings.

*Application dismissed.*